RECEIVED
DEC 04 2024
US DISTRICT COURT
MID DIST TENN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
Civil **DIVISION**

Thomas Hawkins
**(Name)**
Sid-00337609,
**(Prison Id. No.)**

______________________,
**(Name)**
______________________,
**(Prison Id. No.)**

**Plaintiff(s)**

**v.**

Murfreesboro PD,
**(Name)**
Officer Manor #802,
**(Name)**

**Defendant(s)**

***(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.)***

**Civil Action No.** ______________
***(To be assigned by the Clerk's Office. Do not write in this space.)***

**JURY TRIAL REQUESTED** D **YES** ___ **NO**

***(List the names of all defendants against whom you are filing this lawsuit. Do you use "et al." Attach additional sheets if necessary.)***

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS FILED PURSUANT TO 42 U.S.C. § 1983**

**I. PARTIES TO THIS LAWSUIT**

A. Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: Thomas Hawkins
Prison I.D. No. of the first plaintiff: Sid-00337609
Address of the first plaintiff: RCADC 940 New Salem Hwy Murfreesboro, TN

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE ( X )

2. Name of the second plaintiff: ______________
Prison I.D. No. of the second plaintiff: ______________
Address of the second plaintiff: ______________

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

Revised 11/2014

***(Include the name of the institution and mailing address with zip code for each plaintiff. If any plaintiff changes his or her address, he or she must notify the Court immediately. If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.)***

B. Defendant(s) against whom this lawsuit is being brought:

1. Name of the first defendant: Mufreesboro Police Dept.
   Place of employment of the first defendant: ______________________

   First defendant's address: ______________________

   Named in official capacity? X Yes ___No
   Named in individual capacity? ___Yes X No

2. Name of the second defendant: Officer Manor #802
   Place of employment of the second defendant: Mufreesboro Police Department
   Second defendant's address: ______________________

   Named in official capacity? ___Yes X No
   Named in individual capacity? X Yes ___No

***(If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, his or her place of employment, address, and the capacity in which you are suing that defendant. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide each defendant's proper name, place of employment, and address, the Clerk will be unable to serve that defendant should process issue.)***

## II. JURISDICTION

A. Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (applies to state prisoners). Jurisdiction is also invoked pursuant to 28 U.S.C. § 1343(a)(3).

If you wish to assert jurisdiction under different or additional statutes, you may list them below:

**III. PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)**

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuit(s) in the United States District Court for the Middle District of Tennessee, or in any other federal or state court? ___Yes _X_No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit:

Plaintiffs N/A

Defendants N/A

2. In what court did you file the previous lawsuit? N/A

(If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.)

3. What was the case number of the previous lawsuit? N/A

4. What was the Judge's name to whom the case was assigned? N/A

5. What type of case was it (for example, habeas corpus or civil rights action)? N/A

6. When did you file the previous lawsuit? (Provide the year, if you do not know the exact date.) N/A

7. What was the result of the previous lawsuit? For example, was the case dismissed or appealed, or is it still pending? N/A

8. When was the previous lawsuit decided by the court? (Provide the year, if you do not know the exact date.) N/A

9. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit? ___Yes ___No

***(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)***

## IV. EXHAUSTION

A. Are the facts of your lawsuit related to your present confinement?

X Yes ___No

B. If you checked the box marked "No" in question III.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. RCADC 940 New Salem Hwy Murfreesboro, TN 37128

C. Do the facts of your lawsuit relate to your confinement in a Tennessee state prison?

___Yes X No

***(If you checked the box marked "No," proceed to question IV.G. If you checked the box marked "Yes," proceed to question IV.D.)***

D. Have you presented these facts to the prison authorities through the state grievance procedure? ___Yes ___No

E. If you checked the box marked "Yes" in question III.D above:

1. What steps did you take? N/A

2. What was the response of prison authorities? N/A

F. If you checked the box marked "No" in question IV.D above, explain why not. N/A

G. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)? X Yes ___No

H. If "Yes" to the question above, have you presented these facts to the authorities who operate the detention facility? X Yes ___No

I. If you checked the box marked "Yes" in question III.H above:

1. What steps did you take? I have alerted medical of my conditions.

2. What was the response of the authorities who run the detention facility? failure to provide adequate medical care.

J. If you checked the box marked "No" in question IV.H above, explain why not.

## V. CAUSE OF ACTION

Briefly explain which of your constitutional rights were violated:

8th Amendment, my right to medical care was violated by deliberate indifference.

## VI. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ inch x 11 inch paper. Write on one side only, and leave a 1-inch margin on all 4 sides.

On November 23, 2023, I was in a fatal car accident. That left me in serious medical need. Officier Manor #802 of the Murfreesboro Police Department showed deliberate indifference further significant and unnecessary and wanton infliction of pain greater. I have a Media recording of the accident and Im Inducing a letter I wrote to a lawyer.

**VII. RELIEF REQUESTED:** State exactly what you want the Court to order each defendant to do for you.

Granting a declaration that the acts and omissions described herein violated my rights. An Injuction establishing better polocies. Finnaly granting compen-satory damages and any other relief the court deems proper.

I request a jury trial. X Yes ___ No

**VIII. CERTIFICATION**

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: Thomas J. Hawkins Date: 11-14-24
Prison Id. No. Jid-00337169
Address (Include the city, state and zip code.): RCADC 940 New Salem HWY Murfreesboro, TN 37128

Signature: ____________ Date: ____________
Prison Id. No. ____________
Address (Include the city, state and zip code.): ____________

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information requested above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT AND (1) THE REQUIRED FILING FEE OR (2) COMPLETED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS TOGETHER.** Complaints received without the required filing fee or application to proceed without prepayment of fees will be returned. Filing fees and applications to proceed without prepayment of fees submitted without a complaint will be returned.

PRESS FIRMLY TO SEAL




IM314

PRESS FIRMLY TO SEAL







PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

RUTHERFORD COUNTY SHERIFF'S OFFICE/RCADC HAS INSPECTED THIS ITEM, AND NEITHER ENDORSES ITS CONTENTS NOR TAKES RESPONSIBILITY FOR THEM.

LEGAL FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000060

Legal Flat Rate Envelope
EP14L October 2023
OD: 15 x 9.5

To schedule free Package Pickup, scan the QR code.











USPS PRIORITY MAIL

RECEIVED
DEC 04 2024
US DISTRICT COURT
MID DIST TENN

MAIL SENT BY AN INMATE AT
940 NEW SALEM HWY
RUTHERFORD COUNTY SHERIFF'S OFFICE
MURFREESBORO TN 37129-3339

SHIP TO:
Office of the Clerk
719 Church Street
Nashville, TN 37203

NOT VALID WITHOUT USPS WATERMARK

USPS TRACKING #

9405 6012 0652 2040 5762 70

FOR DOMESTIC USE ONLY

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.